**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

John Poullard      DOC No. 98999
Camp J
Louisiana State Prison
Angola LA 70712

**REHEARING ACTION: April 20, 2016**

**Docket Number: 15   01036-KH**

**STATE OF LOUISIANA**
**VERSUS**
**JOHN POULLARD**

**Writ Application from St. Landry Parish Case No. 86-K-0623**

**BEFORE JUDGES:**

    **Hon. Jimmie C. Peters**
    **Hon. James T. Genovese**
    **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the ruling for

the application for rehearing filed by **John Poullard** is:

    **REHEARING DENIED.** Uniform Rules – Courts of Appeal, Rule 2-18.7.

cc: Earl B. Taylor, Counsel for the Respondent